IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT R. PALMER, Reg. No. 16589-003, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:18-CV-312-WHA
)
WALTER WOODS, )
)
    Defendant. )

## **ORDER**

On April 27, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 17th day of May, 2018.

      /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE